CAROLINE LIVINGSTONE, Respondent, *v.* THE NEW YORK
ELEVATED RAILROAD COMPANY et al., Appellants.

(Argued December 1, 1890; decided December 16, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made October 24, 1890,
which reversed an order of Special Term permitting defend-
ants to file a notice of appeal.

*Brainard Tolles* for appellants.

*S. B. Livingstone* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THE MARINE BANK of Buffalo, Respondent, *v.* THE BUTLER
COLLIERY COMPANY, Appellant.

(Argued December 3, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made March 26, 1889, which modified and affirmed as modified
a judgment in favor of plaintiff entered upon the report of a
referee.

*E. Countryman* for appellant.

*Sherman S. Rogers* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.